474 A.2d 656

## Commonwealth v. McClure, Appellant.

Submitted November 7, 1983. Raymond R. Smith, for appellant; Douglas H. Gent, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

The judgment of sentence of the learned York County Common Pleas Court Judge John R. Rauhauser, Jr. is affirmed.